IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE ARAIZA TRILLO,

      Plaintiff,                    No. 2:11-cv-2096 EFB P

      vs.

WOODLAND POLICE DEPARTMENT, et al.,

                                ORDER

      Defendants.

         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. Dckt. No. 4; *see* E.D. Cal. Local Rules, Appx. A, at (k)(4).

         On October 18, 2012, the court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A. The court found service appropriate as to defendant McManus and granted plaintiff thirty days to return documents necessary to effect service of process.[1]  Dckt. No. 12.

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1 | The order warned plaintiff that failure to comply could result in this action being dismissed. The
2 | time for acting has passed and plaintiff has not submitted the materials necessary for service, or
3 | otherwise responded to the court's order.
4 |     Accordingly, it is hereby ORDERED that this action is dismissed for failure to prosecute.
5 | *See* Fed. R. Civ. P. 41(b).
6 | DATED: November 19, 2012.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE